UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the matter of:<br><br>ARBITRATION AWARD OF ROBERT PRESLEY OF HMP ARBITRATION ASSOCIATION DATED APRIL 18, 2019, JORGE-ALBERTO VARGAS-RIOS,<br><br>Applicant. | Case No. 1:19-cv-01592-NONE-BAM<br><br>**ORDER RE: MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE**<br><br>(Doc. No. 13)<br><br>Telephonic Status Conference:<br><br>February 20, 2020<br>8:30 a.m.<br>Courtroom 8 (BAM) |

Applicant Jorge-Alberto Vargas-Rios, proceeding *pro se*, initiated this action for confirmation of an arbitration award against Guild Mortgage Company and Department of Veteran Affairs – Loan Guaranty Service on November 7, 2019. (Doc. No. 1.) Guild Mortgage Company filed an opposition to confirmation of the arbitration award on December 20, 2019, asserting that the arbitration award was fraudulently obtained. (Doc. No. 6.) Department of Veteran Affairs – Loan Guaranty Service has not yet appeared in the action. The matter is currently set for a Scheduling Conference on February 20, 2020. (Doc. No. 3.)

On January 27, 2020, applicant Jorge-Alberto Vargas-Rios filed a motion requesting a continuance of the Scheduling Conference because the Department of Veteran Affairs- Loan Guaranty Service has not yet been served. (Doc. No. 13.) No opposition or other response to the

1

request has been filed.

Having considered the request, along with the status of this action, the Scheduling Conference is HEREBY CONVERTED to a TELEPHONIC STATUS CONFERENCE on **February 20, 2020, at 8:30 a.m. in Courtroom 8 (BAM) before the undersigned** to address service of the remaining respondent, and the request to continue the Scheduling Conference is therefore DENIED as moot. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: **February 11, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE