UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the matter of:<br><br>ARBITRATION AWARD OF ROBERT PRESLEY OF HMP ARBITRATION ASSOCIATION DATED APRIL 18, 2019, JORGE-ALBERTO VARGAS-RIOS,<br><br>Applicant. | Case No. 1:19-cv-01592-NONE-BAM<br><br>**ORDER VACATING STATUS CONFERENCE AND SETTING SCHEDULING CONFERENCE** |

Applicant Jorge-Alberto Vargas-Rios, proceeding *pro se*, initiated this action for confirmation of an arbitration award against Guild Mortgage Company and Department of Veteran Affairs – Loan Guaranty Service on November 7, 2019. (Doc. No. 1.) Guild Mortgage Company filed an opposition to confirmation of the arbitration award on December 20, 2019, asserting that the arbitration award was fraudulently obtained. (Doc. No. 6.) The Department of Veteran Affairs – Loan Guaranty Service filed a motion to dismiss on April 7, 2020. (Doc. No. 19.) Applicant Jorge-Alberto Vargas-Rios filed a motion to dismiss the Department of Veteran Affairs – Loan Guaranty Service on April 20, 2020. (Doc. No. 21.)

In light of the motions to dismiss, the Telephonic Status Conference currently set for May 5, 2020, is VACATED, and the matter is SET for a Scheduling Conference on **June 10, 2020, at 9:30 AM in Courtroom 8 (BAM) before the undersigned.** At least one (1) week prior to the

1

conference, the parties shall file a JOINT Scheduling Report.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:   **April 24, 2020**              /s/ Barbara A. McAuliffe          _
                                        UNITED STATES MAGISTRATE JUDGE