UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the matter of:<br><br>ARBITRATION AWARD OF ROBERT PRESLEY OF HMP ARBITRATION ASSOCIATION DATED APRIL 18, 2019, JORGE-ALBERTO VARGAS-RIOS,<br><br>Applicant. | No. 1:19-cv-01592-NONE-BAM<br><br><u>ORDER DISMISSING DEFENDANT VETERANS ADMINISTRATION AND TERMINATING MOTION TO DISMISS AS MOOT</u><br><br>(Doc. Nos. 19, 21) |

Applicant Jorge-Alberto Vargas-Rios ("Vargas-Rios"), proceeding *pro se*, initiated this application to confirm a purported arbitration award against Guild Mortgage Company ("Guild Mortgage") and the United States Department of Veteran Affairs – Loan Guaranty Service ("VA"). (Doc. No. 1.) On April 7, 2020, the VA filed a motion to dismiss that application. (Doc. No. 19.) On April 20, 2020, Vargas-Rios filed a motion to dismiss the VA from this case. (Doc. No. 21.) The court construes plaintiff's April 20, 2020 filing as a request to dismiss the VA as a defendant from this action pursuant to Federal Rule of Civil Procedure 41 (Rule 41). Whether it is appropriate to treat this as a request under Rule 41(a)(1)(A)(i), which permits voluntary dismissal if notice of the request is filed before the opposing party serves either an answer or a motion for summary judgment, or under Rule 41(a)(2), which permits voluntary dismissal as approved by

/////

/////

court order, the result is the same: the VA is dismissed from this case. The Clerk of Court is directed to terminate the VA as a defendant. This case shall remain open.

IT IS SO ORDERED.

Dated:  **May 14, 2020**                              /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE