UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the matter of:<br><br>ARBITRATION AWARD OF ROBERT PRESLEY OF HMP ARBITRATION ASSOCIATION DATED APRIL 18, 2019, JORGE-ALBERTO VARGAS-RIOS,<br><br>Applicant. | No.  1:19-cv-01592-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING APPLICATION TO CONFIRM ARBITRATION AWARD AND MOTION TO STRIKE<br><br>(Doc. Nos. 1, 12, 34) |

Applicant Jorge-Alberto Vargas-Rios, proceeding *pro se*, initiated this application to confirm a purported arbitration award against Guild Mortgage Company ("Guild Mortgage") and the United States Department of Veteran Affairs – Loan Guaranty Service ("VA").[1] (Doc. No. 1.) Applicant asserted that an arbitration award of $2,034,000.00 had been entered against Guild Mortgage, and he sought to confirm that award under the Federal Arbitration Act, 9 U.S.C. § 9 ("FAA"). (*Id.*)  Applicant also moved to strike Guild Mortgage's answer and opposition to his application.  (Doc. No. 12.)  The application for confirmation of arbitration award was referred to a United States Magistrate Judge for the issuance of findings and recommendations. (Doc. No. 33.)

---

[1] The Court dismissed the VA from this action on May 14, 2020, and the matter now proceeds only against Guild Mortgage.  (Doc. No. 25.)

On February 4, 2021, the assigned magistrate judge issued findings and recommendations recommending that the application to confirm arbitration award be denied and that applicant's motion to strike also be denied, finding, among other things, that the purported arbitration award upon which applicant bases his application is a sham. (Doc. No. 34.) The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days. (*Id.*) The time for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 4, 2021 (Doc. No. 34) are ADOPTED IN FULL;

2. The application to confirm arbitration award (Doc. No. 1) and the applicant's motion to strike (Doc. No. 12) are DENIED; and

3. The Clerk of the Court is directed to enter judgment accordingly and terminate this action.

IT IS SO ORDERED.

Dated:  **March 12, 2021**                   /s/ Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE